**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 22, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00537-CV

---

## IN RE STEVE WU, SSS FONDREN MARKETPLACE, LLC, CLOTO, LLC, SJY-FORTUNEP, LLC, FONDREN VILLAGE PLAZA, LLC AND HLPW FONDREN, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-60346**

---

## MEMORANDUM OPINION

On July 23, 2024, relators Steve Wu, SSS Fondren Marketplace, LLC, Cloto, LLC, SJY-Fortunep, LLC, Fondren Village Plaza, LLC and HLPW Fondren, LLC filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd

District Court of Harris County, to vacate the trial court's July 20, 2024 order denying relators' motion to dismiss.

On October 16, 2024, relators notified this Court by letter that the parties have settled the underlying suit in the trial court thereby mooting this original proceeding.

Accordingly, we dismiss relators' petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.